UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJON MARQUIS HENDRIX,<br>　　　　Plaintiff,<br>　　v.<br>U.S. GOVERNMENT,<br>　　　　Defendant. | Case No. 16-cv-04391-SK<br><br>**ORDER OF DISMISSAL** |

On September 21, 2016, mail sent from the Court to Plaintiff Dejon Marquis Hendrix was returned as undeliverable.  (Dkt. 10.)  Mail sent from the Court to Plaintiff was also returned as underliverable on October 19, October 28, November 22, and November 24, 2016.  (Dkt. 19, 21, 23, 24.)  Plaintiff has not filed any notice of change of address.  Civil Local Rule 3-11(a) requires that "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address."  Civil Local Rule 3-11(b) authorizes the Court to dismiss a complaint without prejudice when "(1) Mail directed to the ... *pro se* party by the Court has been returned as not deliverable; and (2) The Court fails to receive within 60 days of this return a written communication from the ... *pro se* party indicating a current address."  More than sixty days have passed since mail sent to Plaintiff by the Court has been returned as undeliverable, and Plaintiff has failed to inform the Court of his current address.  Therefore, pursuant to Local Civil Rule 3-11(b), the Court HEREBY DISMISSES this action without prejudice.

**IT IS SO ORDERED**.

Dated: December 1, 2016

_____
SALLIE KIM
United States Magistrate Judge